JOSEPH P. RUSSONIELLO (CSBN 44332)        **\*E-FILED 03-22-2010\***
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.Proctor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TAO LI and FRANK WANG, | ) | No. C 10-00128 HRL |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | STIPULATION TO BRIEFING |
| | ) | SCHEDULE; ~~PROPOSED~~ ORDER |
| JANET NAPOLITANO, Secretary, U.S. | ) | |
| Department of Homeland Security, | ) | **(MODIFIED BY THE COURT)** |
| | ) | |
| Defendant. | ) | |

On February 19, 2010, Plaintiffs moved for summary judgment, and noticed March 20, 2010 for a hearing. On February 22, 2010, Plaintiffs requested that the hearing date on their motion be vacated. On March 16, 2010, Defendant answered the complaint.

///

///

///

///

///

///

///

///

STIPULATION
C 10-00128 HRL               1

1  The parties hereby stipulate, subject to the approval of the Court, that Plaintiffs' Motion shall
2  be heard on May 18, 2010, and stipulate to the following briefing schedule:
3      Defendant's Opposition, Cross Motion:    April 13, 2010
4      Plaintiffs' Reply and Opposition:    April 27, 2010
5      Defendant's Reply:    May 4, 2010
6      Hearing:    May 18, 2010, at 10:00 a.m.
7  Dated: March 16, 2010    Respectfully submitted,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    /s/
    MELANIE L. PROCTOR[1]
    Assistant United States Attorney
    Attorneys for Defendant

Dated: March 16, 2010    /s/
    JUSTIN WANG
    Attorney for Plaintiffs

## ~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The parties' cross motions for summary judgment shall be heard on May ~~XX~~ **25** 2010, at 10:00 a.m.

Date:  March 22, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.