JOSEPH P. RUSSONIELLO (CSBN 44332)          **\*E-FILED 04-02-2010\***
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169
   Melanie.Proctor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TAO LI and FRANK WANG, | ) | No. C 10-00128 HRL |
| Plaintiffs, | ) | |
| v. | ) | STIPULATION TO DISMISS; ~~PROPOSED~~ ORDER |
| JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security, | ) | |
| Defendant. | ) | |

   Plaintiffs, by and through their attorneys of record, and Defendant, by and through her

attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

entitled action without prejudice.

///

///

///

///

///

///

///

///

STIPULATION
C 10-00128 HRL                                  1

The parties shall bear their own costs and fees.

Dated: April 1, 2010                          Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                              _____/s/_____
                                              MELANIE L. PROCTOR[1]
                                              Assistant United States Attorney
                                              Attorneys for Defendant


Dated: April 1, 2010                          _____/s/_____
                                              JUSTIN WANG
                                              Attorney for Plaintiffs


                          ~~PROPOSED~~ ORDER

        Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines and court dates are

hereby VACATED.  The Clerk shall close the file.

Date:    April 2, 2010

                                              _____
                                              HOWARD R. LLOYD
                                              United States Magistrate Judge

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
signatures indicated by a "conformed" signature (/s/) within this efiled document.